```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 3:05mc3230-T |
| | ) | (WO) |
| ANN JOHNSON, | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

By final judgment entered on February 8, 1990, plaintiff United States of America is to have and recover from defendant Ann Johnson the aggregate sum of $ 25,275.00 plus costs and interest. The balance due on the judgment as of April 26, 2005, is $ 10,500.00 plus costs and interest. On April 28, 2005 (Doc. No. 6), a writ of garnishment was issued against garnishee County of Cumberland, Fayetteville, North Carolina claiming that the defendant Johnson is indebted to the plaintiff United States for $ 10,500.00 plus costs and interest. On June 8, 2005 (Doc. No. 9), garnishee County of Cumberland

filed an answer indicating that it consents to final judgment being entered against it requiring that it withhold and accumulate, as prescribed in the writ of garnishment, income from defendant Johnson.

Accordingly, it is ORDERED that defendant Ann Johnson show cause, if any there be, in writing by December 20, 2005, as to why final judgment should not be entered against garnishee County of Cumberland, Fayetteville, North Carolina requiring that it pay into the registry of the United States District Court, Montgomery, Alabama sufficient sums, as prescribed in the writ of garnishment, from the income of defendant Ann Johnson.

DONE, this 28th day of November, 2005.

    /s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE