IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,                )
                             )
    v.                        )    CIVIL ACTION NO.
                             )      3:05mc3230-T
ANN JOHNSON,                 )         (WO)
                             )
    Defendant.                )
```

JUDGMENT

By final judgment entered on February 8, 1990, plaintiff United States of America is to have and recover from defendant Ann Johnson the aggregate sum of $ 25,275.00 plus costs and interest.  On April 28, 2005, a writ of garnishment (Doc. No. 7) was issued against garnishee County of Cumberland, Fayetteville, North Carolina claiming that defendant Johnson is indebted to the plaintiff United States of America for $ 10.500.00 plus costs and interest.  On June 8, 2005, garnishee County of Cumberland filed an answer (Doc. No. 9)

indicating that it consents to final judgment being entered against it requiring that it withhold and accumulate, as prescribed in the writ of garnishment, income from defendant Johnson.  On June 24, 2005, the garnishee submitted the first of 13 payments to the clerk of the court.  The balance due on the judgment is $ 7,494.09 plus costs and interest.  In an order dated November 28, 2005 (Doc. No. 14), this court ordered defendant Johnson to show cause why final judgment should not be entered against garnishee County of Cumberland, Fayetteville, North Carolina, as prescribed by the writ of garnishment.  Defendant Johnson did not respond to the show-cause order.

Accordingly, it is the ORDER, JUDGMENT and DECREE of the court that judgment is entered against defendant Ann Johnson and that garnishee County of Cumberland, Fayetteville, North Carolina shall continue to pay to the clerk fo the court sufficient sums, as prescribed in the

writ of garnishment, from the money in its possession belonging to defendant Johnson.

DONE, this the 23rd day of December, 2005.

                                       /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE